# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                )
                                            )
Government Services Corp.                    )        ASBCA No. 60392
                                            )
Under Contract No. SP0600-12-D-4552          )

APPEARANCE FOR THE APPELLANT:          Gregory R. Rauch, Esq.
                                         Magyar, Rauch & Associates PLLC
                                         Moscow, ID

APPEARANCES FOR THE GOVERNMENT:        Daniel K. Poling, Esq.
                                         DLA Chief Trial Attorney
                                       Jared M. Miller, Esq.
                                       Kathryn M. Kelley, Esq.
                                         Trial Attorneys
                                         DLA Energy
                                         Fort Belvoir, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 4 October 2017

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60392, Appeal of Government Services Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals